| | 4. Restricted Delivery? | 3. Service Type |
|---|---|---|
| COURT OF CRIMINAL APPEALS BOX 12308 AUSTIN, TEXAS 78711 | (Extra Fee) ☐ Yes | CERTIFIED |
| | 2. Article Number 7196 9008 8560 0000 0140 | |

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☒ Agent)

X M Battutm

B. Received By: (Please Print Clearly)

C. Date of Delivery
12-21-15

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City          State          ZIP + 4 Code

COURT OF CRIMINAL APPEALS 7196 9008 8560 0000 0140

1. Article Addressed To:

WILLIAM CARTER
1414 11TH STREET
HUNTSVILLE TX 77340

DEC 22 2015

Abel Acosta, Clerk

| | 4. Restricted Delivery? | 3. Service Type |
|---|---|---|
| COURT OF CRIMINAL APPEALS BOX 12308 AUSTIN, TEXAS 78711 | (Extra Fee) ☐ Yes | CERTIFIED |
| | 2. Article Number 7196 9008 8560 0000 0133 | |

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☒ Agent)

X M Battutm

B. Received By: (Please Print Clearly)

Date of Delivery
12-21-15

Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City          State          ZIP + 4 Code

7196 9008 8560 0000 0133

1. Article Addressed To:

FRANK BLAZEK
1414 11TH STREET
HUNTSVILLE TX 77340

| | 4. Restricted Delivery? | 3. Service Type |
|---|---|---|
| COURT OF CRIMINAL APPEALS BOX 12308 AUSTIN, TEXAS 78711 | (Extra Fee) ☐ Yes | CERTIFIED |
| | 2. Article Number 7196 9008 8560 0000 0164 | |

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☒ Agent)

X M Wilford

B. Received By: (Please Print Clearly)

C. Date of Delivery
12-21-15

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

7196 9008 8560 0000 0164

1. Article Addressed To:

WALKER COUNTY CONSTABLE
1301 SAM HOUSTON AVE #201
HUNTSVILLE TX 77340